**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00178-CR

### JEFFREY KING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. 10-13223**

## ORDER

Appellant's brief was originally due April 13, 2013. The Court has twice granted appellant thirty-day extensions of time to file his brief. The Court now has before it appellant's third extension request, seeking another thirty days to file appellant's brief. We **DENY** appellant's June 13, 2013 third motion to extend time to file his brief.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708

(Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE